IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT L. OGLETREE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-02382 |
| ) | Judge Trauger |
| CHRIS PITTS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 5, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is so **ORDERED**.

ENTER this 16th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge